# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| PATRICK DEMPSEY and ALICE DEMPSEY, | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 5:23-CV-61-RWS-JBB |
| v. | § § | |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | § § | |
| Defendant. | | |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal Without Prejudice. Docket No. 18. The parties stipulate to the dismissal Plaintiffs' claims and causes of action in the above-captioned action without prejudice. All parties are responsible for their own taxable court costs. *Id.* The Court, having reviewed the joint stipulation, finds that it should be **GRANTED**. Accordingly, it is

**ORDERED** that the stipulated dismissal is accepted by the Court and that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**. All parties are responsible for their own taxable court costs. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 24th day of June, 2024.**

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE